UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES ANTHONY ANDERSON,

    Plaintiff,

v.

                                                  Case No. 08-14790

COMMISSIONER OF SOCIAL           Honorable Patrick J. Duggan
SECURITY,

    Defendant.
                                       /

## **JUDGMENT**

In this action, Plaintiff seeks review of the Social Security Commissioner's denial of his request for Social Security Disability Insurance Benefits. Plaintiff applied for benefits on February 6, 2006, alleging that he became disabled on January 15, 2006. The parties have filed cross-motions for summary judgment. In an Opinion and Order entered on this date, the Court denied Plaintiff's motion and granted Defendant's motion.

Accordingly,

**IT IS ORDERED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**..

DATE: November 30, 2009                    s/PATRICK J. DUGGAN
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Charles Anthony Anderson
2559 Garland
Detroit, MI 48214

AUSA Theresa Urbanic
Magistrate Judge Mark A. Randon